## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., et al., | ) | Substantively Consolidated |
| | ) | |
| Debtors. | ) | Case No. 03-13711 (RB) |
| _____ | ) | |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the trustee of the Omega Liquidating Trust, created pursuant to the order confirming the plan of liquidation in the chapter 11 cases of Cable & Wireless USA, Inc. and its affiliated debtors, appeals under 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure from the *Final Order With Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims* [Docket No. 2399] (and the accompanying *Memorandum Opinion With Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims* [Docket No. 2398]), which was entered by the United States Bankruptcy Court for this judicial district on June 24, 2005.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed on the schedule attached hereto as Exhibit A.

Dated:    July 5, 2005
          Wilmington, Delaware

Respectfully submitted,

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Todd J. Dressel
Brian Y. Lee
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

            -and-

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel for AlixPartners, LLC as
Trustee of the Omega Liquidating Trust

**Exhibit A**

Exhibit A

Winston & Strawn LLP
Rolf Woolner, Esq.
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

**Co-Counsel for the Omega Liquidating Trust**

Winston & Strawn LLP
Todd Dressel, Esq.
Brian Lee, Esq.
101 California Street
San Francisco, CA 94111
(415) 591-1000

**Co-Counsel for the Omega Liquidating Trust**

Sandra Damron
El Paso County Treasurer
27 East Vermijo
Colorado Springs, CO 80903
719-520-6666

**Counsel for El Paso County, CO**

Mark A. Thompson, Esq.
1300 Commerce Drive, 5th Fl.
Decatur, GA 30030
404-371-3011

**Counsel for DeKalb County, GA**

David Young, Esq.
Scott Spears, Esq.
Canyon County Courthouse
1115 Albany Street
Caldwell, ID 83605
208-454-7391

**Counsel for Canyon County, ID**

Aaron Bazzoli, Esq.
190 S. 4th E.
Mountain Home, ID 83647
208-587-2144

**Counsel for Elmore County, ID**

Young Conaway Stargatt & Taylor, LLP
Edmon Morton, Esq.
Margaret Whiteman, Esq.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19888
302-571-6600

**Co-Counsel for the Omega Liquidating Trust**

Steven L. Caponi, Esq.
Elio Battista, Jr., Esq.
Blank Rome Comisky & McCauley, LLP
1201 Market Street,  Suite 800
Wilmington, DE 19801
302-425-6412

**Counsel for Orange County, FL**

Janice D. Newell, Esq.
200 W. Front Street, Room 3191
Boise, ID 83702
208-287-7700

**Counsel for Ada County, ID**

Alfred E. Barrus, Esq.
Timothy J. Schneider, Esq.
1918 Overland Avenue
Burley, ID 83319
208-878-0419

**Counsel for Cassia County, ID**

Fae Christopherson
624 Main Street
Gooding, ID 83330
208-934-5673

**Gooding County, ID**

Exhibit A

Alan Goodman, Esq.
P.O. Box 368
715 G Street
Rupert, ID 83350
208-436-7187

**Counsel for Minidoka County, ID**

Linda Stude
105 South Market Street
Warrenton, MO 63383
636-456-3330

**Warren County, MO**

Emmett Curl
Wake County County Revenue Admin.
PO Box 550
Raleigh, NC 27602
919-856-5400

**Wake County, the City of Raleigh, the Town of Cary, and Town of Wake Forest, NC**

Anthony Giunta, Jr., Esq.
The Justice Center- Courts Tower
1200 Ontario Street
Cleveland, OH 44113
216-443-7797

**Counsel for Cuyahoga County, OH**

Andrew D. McClanahan, Esq
204 Metropolitan Courthouse
Nashville, TB 37201
615-862-6380

**Counsel for Metropolitan Government of Nashville & Davidson County, TN**

David G. Aelvoet, Esq.
Linebarger Goggan Blair et al.
711 Navarro, Suite 300
San Antonio, TX 78205
210-225-4422

**Counsel for City of El Paso, TX**

Shelley Syler, Esq.
211 E. Third Street
P.O. Box 2
Montgomery City, MO 63361
573-564-2389

**Counsel for Montgomery County, MO**

Jonathan V. Maxwell, Esq.
County Attorney
PO Box 3427
Greensboro, NC 27402
336-641-3852

**Counsel for Guilford County, NC**

Cathe Prather
Otero County Chief Deputy Treasurer
1000 New York Ave., Room 110
Alamogordo, NM 88310
505-437-2030

**County of Otero, NM**

Brad Anderson, Esq.
P.O. Box 100
Albany, OR 97321
541-967-3840

**Counsel for Linn County, OR**

Susan Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
281-985-6319

**Counsel for Aldine Independent School District, TX**

Scot Pierce
Brackett & Ellis, PC
100 Main Street
Fort Worth, TX 76102
817-338-1700

**Counsel for City of Fort Worth and Fort Worth Independent School District, TX**

Exhibit A

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
1720 Univision Center
Dallas, TX 75201
469-221-5075

**Counsel for Austin CAD, Bexar County, Buda, Caldwell CAD, Camp CAD, Cass CAD, Clay CAD, Corsicana ISD, Cypress-Fairbanks ISD, El Paso, Ford Bend County WCID #2, Ford Bend County, Ford Bend ISD, Gonzales County, Harris County, Hays CISD, City of Houston, Houston ISD, Jefferson County, Jersey Village, Kaufman County, Kyle, Lamar CISD, Madison County, McLennan County, Mildred ISD, Montague County, Montgomery County, Morris CAD, Navarro CTO, Navarro County, New Braunfels ISD, Normangee ISD, Northeast Texas Community College District, Northwest ISD, Orange County, City of Richardson, San Marcos, San Marcos CISD, Stafford Municipal SD, Tarrant County, Titus CAD, Wharton County, Wise CAD, Wise County, and Wood County, TX**

Owen Sonik, Esq.
Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
940-723-4323

**Counsel for Spring Branch Independent School District, Spring Independent School District, Klien Independent School District, Magnolia Independent School District, Tomball Independent School District, Sheldon Independent School District , Crosby Independent School District, Fort Bend, City of Rosenberg, City of Tomball, City of Burleson, City of Bardwell, Ennis Independent School District , Joshua Independent School District , Cass County, Mineola Independent School District, City of Mineola, City of Quitman, Quitman Independent School District, Smith County, Eagle Mountain-Saginaw Independent School District, Richardson Independent School District, Arlington Independent School District, Grandview Independent School District, City of Grandview, Burleson Independent School District, Alvarado Independent School District, City of Alvarado, Johnson County, Hill County, City of Itasca, Armstrong County Central Appraisal District, Carson Central Appraisal District, Carson County, Childress County Appraisal District, Dallam County Appraisal District, Donley County Appraisal District, Hall County Appraisal District, Hartley County Appraisal District, Hartley County Appraisal District , Moore County Appraisal District , Moore County, Potter County Tax Office, Bellevuew Independent School District, City of Bowie, City of Sunset, Goldburg Independent School District, TX**

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
940-723-4323

**Counsel for the City of Wichita Falls, the Wichita Falls Independent School District, the City View Independent School District, the City of Iowa Park, the Iowa Park Independent School District, the City of Electra, the Electra Independent School District, the Electra Hospital District, and Wichita County, TX**

Peter Froelicher, Esq.
310 West 19th Street, Suite 320
Cheyenne, WY 82001
307-633-4370

**Counsel for Laramie County, WY**