**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-13711 (RB)**
Deputy Clerk Transferring Case: Judy Fisher (302) 252-2900 ext. 5111
Case Type: Appeal **- AP-05-049**

**Order, Date Entered and Issues**

**Final Order with Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims [Docket No. 2399] (and the accompanying Memorandum Opinion With Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims [Docket No. 2398]), which was entered by the United States Bankruptcy Court for this judicial district on June 24, 2005.**

| | |
|---|---|
| **Debtor:** | Cable & Wireless USA, Inc., et al |
| **Appellant(s):** | AlixPartners, LLC as Trustee of the Omega Liquidating Trust |
| **Counsel:** | **Margaret B. Whiteman**<br>The Brandywine Building<br>1000 West Street-17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 |
| **Telephone:** | (302) 571-6600 |
| **Appellees: Counsel:** | **SEE EXHIBIT "A" ATTACHED FOR LIST OF APPELLEES** |

Exhibit A

| | |
|---|---|
| Winston & Strawn LLP<br>Rolf Woolner, Esq.<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 | Young Conaway Stargatt & Taylor, LLP<br>Edmon Morton, Esq.<br>Margaret Whiteman, Esq.<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19888<br>302-571-6600 |
| **Co-Counsel for the Omega Liquidating Trust** | **Co-Counsel for the Omega Liquidating Trust** |
| Winston & Strawn LLP<br>Todd Dressel, Esq.<br>Brian Lee, Esq.<br>101 California Street<br>San Francisco, CA 94111<br>(415) 591-1000 | |
| **Co-Counsel for the Omega Liquidating Trust** | |
| Sandra Damron<br>El Paso County Treasurer<br>27 East Vermijo<br>Colorado Springs, CO 80903<br>719-520-6666 | Steven L. Caponi, Esq.<br>Elio Battista, Jr., Esq.<br>Blank Rome Comisky & McCauley, LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>302-425-6412 |
| **Counsel for El Paso County, CO** | **Counsel for Orange County, FL** |
| Mark A. Thompson, Esq.<br>1300 Commerce Drive, 5th Fl.<br>Decatur, GA 30030<br>404-371-3011 | Janice D. Newell, Esq.<br>200 W. Front Street, Room 3191<br>Boise, ID 83702<br>208-287-7700 |
| **Counsel for DeKalb County, GA** | **Counsel for Ada County, ID** |
| David Young, Esq.<br>Scott Spears, Esq.<br>Canyon County Courthouse<br>1115 Albany Street<br>Caldwell, ID 83605<br>208-454-7391 | Alfred E. Barrus, Esq.<br>Timothy J. Schneider, Esq.<br>1918 Overland Avenue<br>Burley, ID 83319<br>208-878-0419 |
| **Counsel for Canyon County, ID** | **Counsel for Cassia County, ID** |
| Aaron Bazzoli, Esq.<br>190 S. 4th E.<br>Mountain Home, ID 83647<br>208-587-2144 | Fae Christopherson<br>624 Main Street<br>Gooding, ID 83330<br>208-934-5673 |
| **Counsel for Elmore County, ID** | **Gooding County, ID** |

Exhibit A

Alan Goodman, Esq.
P.O. Box 368
715 G Street
Rupert, ID 83350
208-436-7187

**Counsel for Minidoka County, ID**

Linda Stude
105 South Market Street
Warrenton, MO 63383
636-456-3330

**Warren County, MO**

Emmett Curl
Wake County County Revenue Admin.
PO Box 550
Raleigh, NC 27602
919-856-5400

**Wake County, the City of Raleigh, the Town of Cary, and Town of Wake Forest, NC**

Anthony Giunta, Jr., Esq.
The Justice Center- Courts Tower
1200 Ontario Street
Cleveland, OH 44113
216-443-7797

**Counsel for Cuyahoga County, OH**

Andrew D. McClanahan, Esq
204 Metropolitan Courthouse
Nashville, TB 37201
615-862-6380

**Counsel for Metropolitan Government of Nashville & Davidson County, TN**

David G. Aelvoet, Esq.
Linebarger Goggan Blair et al.
711 Navarro, Suite 300
San Antonio, TX 78205
210-225-4422

**Counsel for City of El Paso, TX**

Shelley Syler, Esq.
211 E. Third Street
P.O. Box 2
Montgomery City, MO 63361
573-564-2389

**Counsel for Montgomery County, MO**

Jonathan V. Maxwell, Esq.
County Attorney
PO Box 3427
Greensboro, NC 27402
336-641-3852

**Counsel for Guilford County, NC**

Cathe Prather
Otero County Chief Deputy Treasurer
1000 New York Ave., Room 110
Alamogordo, NM 88310
505-437-2030

**County of Otero, NM**

Brad Anderson, Esq.
P.O. Box 100
Albany, OR 97321
541-967-3840

**Counsel for Linn County, OR**

Susan Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
281-985-6319

**Counsel for Aldine Independent School District, TX**

Scot Pierce
Brackett & Ellis, PC
100 Main Street
Fort Worth, TX 76102
817-338-1700

**Counsel for City of Fort Worth and Fort Worth Independent School District, TX**

Exhibit A

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
1720 Univision Center
Dallas, TX 75201
469-221-5075

**Counsel for Austin CAD, Bexar County, Buda, Caldwell CAD, Camp CAD, Cass CAD, Clay CAD, Corsicana ISD, Cypress-Fairbanks ISD, El Paso, Ford Bend County WCID #2, Ford Bend County, Ford Bend ISD, Gonzales County, Harris County, Hays CISD, City of Houston, Houston ISD, Jefferson County, Jersey Village, Kaufman County, Kyle, Lamar CISD, Madison County, McLennan County, Mildred ISD, Montague County, Montgomery County, Morris CAD, Navarro CTO, Navarro County, New Braunfels ISD, Normangee ISD, Northeast Texas Community College District, Northwest ISD, Orange County, City of Richardson, San Marcos, San Marcos CISD, Stafford Municipal SD, Tarrant County, Titus CAD, Wharton County, Wise CAD, Wise County, and Wood County, TX**

Owen Sonik, Esq.
Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
940-723-4323

**Counsel for Spring Branch Independent School District, Spring Independent School District, Klien Independent School District, Magnolia Independent School District, Tomball Independent School District, Sheldon Independent School District, Crosby Independent School District, Fort Bend, City of Rosenberg, City of Tomball, City of Burleson, City of Bardwell, Ennis Independent School District, Joshua Independent School District, Cass County, Mineola Independent School District, City of Mineola, City of Quitman, Quitman Independent School District, Smith County, Eagle Mountain-Saginaw Independent School District, Richardson Independent School District, Arlington Independent School District, Grandview Independent School District, City of Grandview, Burleson Independent School District, Alvarado Independent School District, City of Alvarado, Johnson County, Hill County, City of Itasca, Armstrong County Central Appraisal District, Carson Central Appraisal District, Carson County, Childress County Appraisal District, Dallam County Appraisal District, Donley County Appraisal District, Hall County Appraisal District, Hartley County Appraisal District, Hartley County Appraisal District, Moore County Appraisal District, Moore County, Potter County Tax Office, Bellevuew Independent School District, City of Bowie, City of Sunset, Goldburg Independent School District, TX**

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
940-723-4323

**Counsel for the City of Wichita Falls, the Wichita Falls Independent School District, the City View Independent School District, the City of Iowa Park, the Iowa Park Independent School District, the City of Electra, the Electra Independent School District, the Electra Hospital District, and Wichita County, TX**

Peter Froelicher, Esq.
310 West 19th Street, Suite 320
Cheyenne, WY 82001
307-633-4370

**Counsel for Laramie County, WY**