IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., *et al.*, | ) | Case No. 03-13711 (RB) |
| | ) | Substantively Consolidated |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 2150 and 2151 |

**FINAL ORDER WITH RESPECT TO OPPOSITIONS TO THE FIFTEENTH AND SIXTEENTH OMNIBUS OBJECTIONS TO CERTAIN 2003 PROPERTY TAX CLAIMS**

For the reasons set forth in the Court's Memorandum Opinion of this date, the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims [Docket Nos. 2150 and 2151] are DENIED and each proof of claim filed by the taxing authorities will be allowed as filed.

DATED this 24th day of June, 2005.

BY THE COURT

_____
HON. JOHN L. PETERSON
United States Bankruptcy Judge