IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., et al., | ) | Substantively Consolidated |
| | ) | |
| Debtors. | ) | Case No. 03-13711 (RB) |
| | ) | |
| | ) | Ref. Docket No. 2415 |

**APPELLANT'S DESIGNATION OF ITEMS FOR INCLUSION IN RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant the trustee of the Omega Liquidating Trust, created pursuant to the order confirming the plan of liquidation in the chapter 11 cases of Cable & Wireless USA, Inc. and its affiliated debtors ("Trustee"), files this Designation of Items for Inclusion in the Record on Appeal and Statement of Issues on Appeal.

The following items shall be included in the record on appeal:

| Filing Date/ Entry Date | Docket No. | Document |
|---|---|---|
| 12/08/2003 | 30 | Affidavit in Support of First Day Motions by Eric A. Simonsen |
| 12/10/2003 | 39 | Motion of the Debtors for an Order (A) Approving Bidding Procedures and Overbid Protections in Connection with the Sale of Substantially All of Their Assets, (B) Approving the Form and Manner of the Sale Notice and Bidding Procedures Notice, (C) Scheduling a Sale Hearing Date, and (D) Approving Procedures for Determining Cure Amounts in Connection with the Assumption and Assignment of Executory Contracts and Unexpired Leases |
| 12/10/2003 | 43 | Motion to Sell Free and Clear of Liens Motion of the Debtors for an Order (A) Approving the Asset Purchase Agreement with Proposed Purchaser, (B) Authorizing (I) The Sale of Substantially All of the Debtors' Assets to |

|  |  |  |
|---|---|---|
|  |  | Proposed Purchaser or Other Successful Bidder(s) at Auction, Free and Clear of all Liens, Claims, Encumbrances and Interests and (II) Assumption and Assignment of Certain Executory Contracts, License Agreements and Unexpired Leases, and (C) Granting Related Relief |
| 12/22/2003 | 194 | Order (A) Approving Bidding Procedures and Overbid Protections in Connection With the Sale of Substantially all of Their Assets, (B) Approving the Form and Manner of the Sale Notice and Bidding Procedures Notice, (C) Scheduling a Sale Hearing Date, and (D) Approving Procedures for Determining Cure Amounts in Connection With the Assumption and Assignment of Executory Contracts and Unexpired Leases |
| 01/16/2004 | 473 | Order Authorizing the Retention and Employment of the Blackstone Group, L.P. as Financial Advisors to the Debtors and Debtors in Possession |
| 01/23/2004 | 556 | Order (A) Approving the Asset Purchase Agreement with Proposed Purchaser, (B) Authorizing (I) The Sale of Substantially All of the Debtors' Assets to Savvis Asset Holdings, Inc., Free and Clear of All Liens, Claims, Encumbrances and Interests and (II) Assumption and Assignment of Certain Executory Contracts, License Agreements and Unexpired Leases, and (C) Granting Related Relief |
| 01/27/2004 | 563 | Notice of Filing of Asset Purchase Agreement as Exhibit to the Order (A) Approving the Asset Purchase Agreement with Proposed Purchaser, (B) Authorizing (1) The Sale of Substantially All of the Debtors' Assets to Savvis Asset Holdings, Inc., Free and Clear of All Liens, Claims, Encumbrances and Interests and (II) Assumption and Assignment of Certain Executory Contracts, License Agreements and Unexpired Leases, and (C) Granting Related Relief |
| 05/13/2004 | 1208 | First Amended Disclosure Statement For The Second Amended Joint Plan Of Liquidation Under Chapter 11 Of The Bankruptcy Code |
| 05/14/2004 | 1214 | Order Approving Adequacy Of Disclosure Statement |
| 07/14/2004 | 1569 | Order Confirming the Debtors' Plan of Liquidation and Approving Non-Material Modifications to the Plan |

| | | |
|---|---|---|
| 03/07/2005 | 2150 | Fifteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive); Affidavit of Alan Dalsass in Support of Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims (Substantive); Affidavit of Don Schmitt in Support of Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims (Substantive) |
| 03/07/2005 | 2151 | Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive); Affidavit of Alan Dalsass in Support of Sixteenth Omnibus Objection to Certain 2003 Property Tax Claims (Substantive); Affidavit of Don Schmitt in Support of Sixteenth Omnibus Objection to Certain 2003 Property Tax Claims (Substantive) |
| 03/18/2005 | 2184 | Response in Opposition to Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive), filed by Aldine ISD |
| 03/21/2005 | 2188 | Response by Wichita County, Texas, Tax Units to the Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims; Affidavit of Dan E. Conaster |
| 03/21/2005 | 2191 | Response to Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive), filed by Linn County, Oregon |
| 03/22/2005 | 2203 | Laramie County Treasurer's Objection to the Omega Liquidating Trustee's Sixteenth Omnibus Objection to Laramie County's Claim |
| 03/22/2005 | 2207 | Response to Fifteenth Omnibus Objection to Certain 2003 Property Tax Claim (Substantive), filed by Treasurer of El Paso County, Colorado |
| 03/23/2005 | 2196 | The City of Fort Worth's and Fort Worth Independent School District's Response to the Omega Liquidating Trustee's Sixteenth Omnibus Objection to Property Tax Claims |
| 03/23/2005 | 2209 | Response to Debtors' Objection to Claim of Wake County Revenue Department |
| 03/23/2005 (date on which pleading was signed) | Not Docketed[1] | Notice of Appearance and Opposition to the Debtor's Fifteenth Omnibus Objection to Property Tax Claims, filed by Gooding County, Idaho |

[1] While presented here as part of the record on appeal, it appears that this pleading was not filed with the bankruptcy court.

| 03/24/2005 | 2210 | Response of Guilford County, North Carolina Tax Collector to Fifteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims |
| --- | --- | --- |
| 03/24/2005 | 2212 | Objection to Notice of Cable & Wireless USA, Inc. to the Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims (Substantive), filed by Warren County, Missouri Collector of Revenue |
| 03/24/2005 | 2213 | Notice of Appearance and Opposition to the Debtor's Fifteenth Omnibus Objection to Property Tax Claims, filed by Elmore County, Idaho |
| 03/24/2005 | 2216 | The DeKalb County Tax Commissioner's Response to the Trustee's Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims |
| 03/24/2005 | 2218 | Certain Texas Taxing Entities' Response to Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive) and Request for Abstention |
| 03/24/2005 | 2221 | Response to Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive), filed by Cuyahoga County, Ohio |
| 03/24/2005 | 2223 | Ada County's Motion to Dismiss Debtor's Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims for Lack of Jurisdiction; Memorandum in Support of Ada County's Response and Opposition to the Debtors' Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims; Affidavit of Lynda Fischer in Support of Ada County's Response and Objection to Debtor's Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims; Affidavit of Idaho State Tax Commission Senior Appraiser in Support of Ada County's Response and Objection to Debtor's Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims |
| 03/25/2005 | 2232 | Response to Omnibus Objection to 2003 Property Tax Claims (Levy County, Florida, Seminole County, Florida, Hernando County, Florida) |
| 03/28/2005 | 2234 | Response of County of Otero, New Mexico |
| 03/28/2005 | 2235 | Joinder in Response to Omnibus Objection to 2003 Property Tax Claims (Levy County, Florida, Seminole County, Florida, Hernando County, Florida), filed by St. Johns County, Hendry County and Volusia County, Florida |
| 03/28/2005 | 2236 | Notice of Appearance and Opposition to the Debtor's Fifteenth Omnibus Objection to Property Tax Claims; |

| | | |
|---|---|---|
| | | Memorandum in Support of Canyon County's Response and Opposition to the Debtors' Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims; Affidavit of Scott Spears |
| 03/28/2005 | 2237 | Objection to Notice of Cable & Wireless USA, Inc. to the Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims, filed by Montgomery County, Missouri |
| 03/29/2005 | 2252 | Notice of Appearance and Opposition to the Debtor's Fifteenth Omnibus Objection to Property Tax Claims, filed by Cassia County, Idahoe |
| 03/30/2005 | 2253 | Memorandum in Support of Cassia County's Response and Opposition to the Debtors' Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims; Affidavit of Idaho State Tax Commission Senior Appraiser in Support of Cassia County's Response and Objection to Debtors' Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims |
| 03/31/2005 | 2256 | Response of Minidoka County re 15th Omnibus Objection |
| 04/01/2005 | 2257 | Memorandum in Support of Elmore County's Response and Opposition to the Debtors' Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims; Affidavit of Idaho State Tax Commission Senior Appraiser in Support of Ada [sic] County's Response and Objection to Debtors' Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims; Elmore County's Request for Telephonic Appearance on the Debtors' Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims |
| 04/04/2005 | 2260 | Reply of the Omega Liquidating Trustee to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims (Substantive); Affidavit of Don Schmitt in Support of Reply of the Omega Liquidating Trustee to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims (Substantive) |
| 04/15/2005 | 2288 | Order Continuing Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims |
| 04/15/2005 | 2289 | Order Sustaining Fifteenth Omnibus Objection to Certain 2003 Property Tax Claims |
| 04/15/2005 | 2291 | Response of the Metropolitan Government of Nashville and Davidson County, Tennessee, to the Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive) |

| 04/15/2005 | 2292 | Notice of Filing of Exhibits in Support of the Response to the Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims, filed by the Metropolitan Government of Nashville and Davidson County, Tennessee |
| --- | --- | --- |
| 04/15/2005 | 2294 | Local Texas Tax Authorities' Joint Response to Sixteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims |
| 04/20/2005 | 2298 | Transcript of Hearing Before The Honorable John L. Peterson, United States Bankruptcy Court Judge on April 6, 2005, at 2:00 p.m. |
| 04/22/2005 | 2303 | Order With Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims |
| 05/03/2005 | 2315 | Pre-Hearing Submission of the Omega Liquidating Trustee Addressing Issues Raised in the Court's Order With Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims |
| 05/04/2005 | 2323 | Motion for Leave to Respond to Trustee's Pre-Hearing Submission, by the Property Appraisers of Hendry, Hernando, Levy, St. Johns, Seminole & Volusia Counties With Respect to Fifteenth Omnibus Objection to Claims by Liquidating Trustee |
| 05/04/2005 | 2324 | Motion in Limine of the Property Appraisers of Hendry, Hernando, Levy, St. Johns, Seminole & Volusia Counties With Regard to Testimony by Don Schmitt |
| 05/04/2005 | 2325 | Sworn Declaration of Stephen L. Barecca |
| 05/04/2005 | 2326 | Affidavit of Francis Akins |
| 05/04/2005 | 2327 | Affidavit of Myron King |
| 05/04/2005 | 2328 | Affidavit of David Johnson |
| 05/04/2005 | 2329 | Affidavit of Kristina Kulpa |
| 05/04/2005 | 2330 | Affidavit of Sharon Outland |
| 05/04/2005 | 2331 | Affidavit of Morgan B. Gilreath |
| 05/09/2005 | 2335 | Order Setting Deadlines for Additional Briefing |
| 05/12/2005 | 2337 | Post-Hearing Submission of the Omega Liquidating Trustee Concerning the Expert Testimony of Don Schmitt |

| | | |
|---|---|---|
| 05/19/2005 | 2354 | Spring Branch Independent School District et al and Austin CAD et al's Response to Post-Hearing Submission of the Omega Liquidating Trustee Concerning the Expert Testimony of Don Schmitt |
| 05/18/2005 | 2352 | Transcript of Proceedings Before the Honorable John L. Peterson, United States Bankruptcy Court Judge, on May 5, 2005, at 9:30 a.m. |
| 06/02/2005 | 2365 | Response of Earl K. Wood, Orange County, Florida Tax Collector in Opposition to Fifteenth Omnibus Objection of the Omega Liquidating Trustee to Certain 2003 Property Tax Claims (Substantive) and Motion of the Liquidating Trustee of the Omega Liquidating Trust for an Order Authorizing Second Distribution to Holders of Allowed Unsecured Claims and Adjusting Maximum Credit Reserve |
| 06/03/2005 | 2367 | Exhibit Regarding June 15, 2005 Hearing at 11:00 a.m., filed by Florida Property Appraisers |
| 06/20/2005 | 2394 | Order Sustaining Sixteenth Omnibus Objection to Certain 2003 Property Tax Claims |
| 06/24/2005 | 2398 | Memorandum of Opinion With Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims |
| 06/24/2005 | 2399 | Final Order With Respect to Oppositions to the Fifteen and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims |
| 07/08/2005 | 2419 | Transcript of Hearing Before The Honorable John L. Peterson, United States Bankruptcy Judge, on June 15, 2005, at 1:00 p.m. |
| 07/05/2005 | 2415 | Notice of Appeal |
| | | Appellant's Designation of Items for Inclusion in Record on Appeal and Statement of Issues |

## Statement of Issues

1. Whether the bankruptcy judge erred when he prohibited use of any bankruptcy sales data in an expert's market comparable analysis on the ground that bankruptcy sales can never be the result of an arm's-length transaction between parties who are willing, but not forced, to sell or buy?

2. Whether, in determining the value of certain property for property tax purposes, the bankruptcy judge erred when he ruled that use of the market comparables approach to valuation (i.e., comparable sales) by the Trustee represented a "nationwide market value standard" that was "at variance with each state's methodology"?

3. Whether the bankruptcy judge erred when he relied in his ruling, in part, on the declaration of Stephen L. Barecca?

4. Whether the bankruptcy judge erred when he excluded the Trustee's expert's testimony because the expert had considered, among other things, non-public information that had been made available to all parties who requested it?

5. Whether the bankruptcy judge abused his discretion when he discredited the Trustee's expert's testimony as inconsistent on the basis that the expert (who had been a prepetition property tax advisor to the Debtors) had, in filing tax returns on behalf of the Debtors, provided information required by law relating to the original cost of the Debtors' property?

6. Whether the bankruptcy judge abused his discretion when he found the Trustee's expert did not have sufficient familiarity with the facts underlying the comparable sales data that the expert used in his market analysis?

7. Whether the bankruptcy judge abused his discretion when he found that the Debtors' sale of substantially all of their assets during their chapter 11 bankruptcy cases was a liquidation sale that did not satisfy the willing seller/buyer test?

8. Whether the bankruptcy judge abused his discretion when he found a sale by the Debtors of certain assets nearly a year before their bankruptcy filings was a liquidation sale that did not satisfy the willing seller/buyer test?

9. Whether the bankruptcy judge abused his discretion when he found that there was no depression in the market for used telecommunication assets in 2003?

10. Whether the bankruptcy judge abused his discretion when he found the use by a Florida taxing authority of the C.A. Turner Index to develop assessments for the Debtors' used telecommunication assets was appropriate in light of the depressed market for such assets?

Dated:   July 15, 2005
         Wilmington, Delaware

Respectfully submitted,

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Todd J. Dressel
Brian Y. Lee
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

-and-

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

*/s/ Margaret W*

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel for AlixPartners, LLC as Trustee of the Omega Liquidating Trust