Case 1:05-cv-00596-GMS    Document 3    Filed 08/15/2005    Page 1 of 3

**OWEN M. SONIK**
Texas State Bar No. 18847250
**ELIZABETH BANDA**
Texas State Bar No. 24012238
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1860 – Telephone
(713) 862-1429 – Telecopier

and

**ELIZABETH WELLER**
Texas State Bar No. 00785514
2323 Bryan St. #1600
Dallas, TX 75201
469/221-5075 Phone
469/221-5002 Fax

*Attorneys in Charge for the Texas Appellees*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CABLE & WIRELESS USA, INC. et al | § | Substantively Consolidated |
| | § | |
| Debtors | § | Case No. 03-13711 (RB) |
| | § | |

### COUNTER-DESIGNATION BY TEXAS APPELLEES OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Now come Spring Branch Independent School District, et al., and Austin CAD, et al. (herinafter the "Texas Appellees") and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, file this Counter-Designation of Items to be Included in the Record on Appeal. In addition to the items include in the Appellant's Designation of Items for Inclusion in Record on Appeal and Statement of Issues on Appeal, the Texas Appellees add the following items to the record:

Docket No. 2321, filed May 4, 2005, "Affidavit *in Support of Harris County, Texas and Related Entities* (related document(s)2294 ) Filed by Harris County (Dillman, John) (Entered: 05/04/2005)" (Attached hereto as Exhibit A);

1

Docket No. 2322, filed May 4, 2005, "Affidavit *in Support of Fort Bend County, Texas and Related Entities* (related document(s)2294 ) Filed by Fort Bend County (Dillman, John) (Entered: 05/04/2005)" (Attached hereto as Exhibit B); and

Exhibit 1 of Texas Tax Authorities entered into the record at hearing on May 5, 2004, and referenced in the Transcript (Docket No. 2352, entered May 18, 2005) thereof on page 64, line 2 (Attached hereto as Exhibit C). This item was not separately docketed.

Respectfully submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**

/s/Owen M. Sonik
Owen M. Sonik
Tex. Bar No. 18847250
Elizabeth Banda
Tex. Bar No. 24012238
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1860
(713) 862-1429   Facsimile
osonik@pbfcm.com E-mail

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
/s/Elizabeth Weller
Elizabeth Weller
Tex. Bar No. 00785514
2323 Bryan St. #1600
Dallas, TX 75201
469/221-5075 Phone
469/221-5002 Fax
BethW@publicans.com E-mail

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Counter-Designation by Texas Appellees of Items to be Included in Record on Appeal has been served on the parties listed below on this the25th day of July, 2005, via the Court's Electronic Filing System upon all parties thereto, and via first class mail upon the parties set forth below.

                                       /s/Elizabeth Weller
                                       Elizabeth Weller

United States Bankruptcy Court
District of Delaware
Fifth Floor
824 North Market Street
Wilmington, Delaware 19801

Winston & Strawn LLP
Attorneys for the Liquidating Trustee
101 California Street
San Francisco, California 94111
Attn:   Todd J. Dressel

Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899
Attn:   Edmon L. Morton

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lock Box 35
Wilmington, DE 19899