IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: Cable & Wireless USA Inc.

---

| | | |
|---|---|---|
| AlixPartners LLC., | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   05-596 |
| v. | ) | |
| | ) | |
| Austin CAD et al, | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 03-13711 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 06/24/05 was docketed in the District Court on 08/16/05:

Final Order with Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims [Docket No. 2399](and the accompanying Memorandum Opinion With Respect to Oppositions to the Fifteenth and Sixteenth Omnibus Objections to Certain 2003 Property Tax Claims [Docket No. 2398]), which was entered by the United States Bankruptcy Court for this judicial district on June 24, 2005

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: 8/16/05

To:   U.S. Bankruptcy Court
        Counsel