IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE : Cable & Wireless USA Inc.

| | | |
|---|---|---|
| AlixPartners LLC as Trustee of the Omega Liquidating Trust | : | Civil Action No. 05-596 |
| Appellant | : | |
| v. | : | |
| Austin CAD et al., | : | Bankruptcy Case No. 03-13711 |
| Appellee. | : | |

## MEDIATION STATUS REPORT

I, David B. Stratton, Court appointed mediator in this matter, hereby report the status of this mediation as follows:

1.  A mediation was held on November 14, 2005, and thereafter, mediations were conducted by telephone on a number of occasions.

2.  All claims that are affected by the captioned appeal have been settled with the exception of the following taxing authorities' claims:

### County

Orange County
Otero County
Laramie County
Montgomery County
Warren County

Dated: August 3, 2006

                                                PEPPER HAMILTON LLP P

                                        By: /s/ David Stratton
                                        David B. Stratton (Del Bar ID 960)
                                        1313 Market Street, Suite 5100
                                        Hercules Plaza
                                        Wilmington, DE 19801
                                        (302) 777-6566

## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on August 3, 2006 a true and correct copy of the foregoing Mediation Status Report was served via First Class Mail, Postage Prepaid, upon all those whose name appears on the attached service list.

_____
David B. Stratton

WL: #192414 v1 (44G%01!.DOC)

Rolf Woolner, Esquire
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Todd Dressel, Esquire
Brian Lee, Esquire
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

Sandra Damron
El Paso County Treasurer
27 East Vermijo
Colorado Springs, CO 80903

Mark A. Thompson, Esquire
1300 Commerce Drive, 5th Fl.
Decatur, GA 30030

David Young, Esquire
Scott Spears, Esquire
Canyon County Courthouse
1115 Albany Street
Caldwell, ID 83605

Aaron Bazzoli, Esquire
190 S. 4th E.
Mountain Home, ID 83647

Edmon Morton, Esquire
Margaret Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19888

Steven L. Caponi, Esquire
Elio Battista, Jr., Esquire
Blank Rome Comisky & McCauley, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Janice D. Newell, Esquire
200 W. Front Street, Room 3191
Boise, ID 83702

Alfred E. Barrus, Esquire
Timothy J. Schneider, Esquire
1918 Overland Avenue
Burley, ID 83319

Fae Christopherson
624 Main Street
Gooding, ID  83330

Alan Goodman, Esquire
P.O. Box 368
715 G Street
Rupert, ID  83350

Linda Stude
105 South Market Street
Warrenton, MO  63383

Emmett Curl
Wake County Revenue Admin.
PO Box 550
Raleigh, NC  27602

Anthony Giunta, Jr., Esquire
The Justice Center - Courts Tower
1200 Ontario Street
Cleveland, OH  44113

Andrew D. McClanahan, Esquire
204 Metropolitan Courthouse
Nashville, TB  37201

David G. Aelvoet, Esquire
Linebarger Goggan Blair et al.
711 Navarro, Suite 300
San Antonio, TX  78205

Shelley Syler, Esquire
211 E. Third Street
P.O. Box 2
Montgomery City, MO  63361

Jonathan V. Maxwell, Esquire
County Attorney
PO Box 3427
Greensboro, NC  27402

Cathe Prather
Otero County Chief Deputy Treasurer
1000 New York Ave., Room 110
Alamogordo, NM  88310

Brad Anderson, Esquire
P.O. Box 100
Albany, OR 97321

Susan Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

Scot Pierce
Brackett & Ellis, PC
100 Main Street
Fort Worth, TX 76102

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
1720 Univision Center
Dallas, TX 75201

Owen Sonik, Esquire
Elizabeth Banda. Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008

Peter Froelicher, Esquire
310 West 19th Street, Suite 320
Cheyenne, WY 82001