IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CABLE & WIRELESS USA, INC., et al., | : | Case No. 03-13711 (KJC) |
| Debtors. | : | (Substantively Consolidated) |
| AlixPartners LLC as Trustee of the Omega Liquidating Trust, | : | |
| Appellant, | : | Civil Action No. 05-596 (GMS) |
| v. | : | |
| Austin CAD et al., | : | |
| Appellee. | : | |

## SCHEDULING ORDER

This ___ day of _____, 2006, the remaining parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule:

| | |
|---|---|
| September 5, 2006 | Appellant's Brief Due |
| September 20, 2006 | Appellees' Brief(s) Due |
| October 2, 2006 | Appellant's Reply Brief Due. |

_____
UNITED STATES DISTRICT JUDGE