# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6753
DIRECT FAX: 302-576-3416
mwhiteman@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 29, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Room 4324
Lock Box 19
Wilmington, DE 19801

    Re: AlixPartners, LLC, as Trustee of the Omega Liquidating Trust
       v. Austin CAD et al., Civil Action No. 05-596-GMS

Dear Judge Sleet:

   I am writing on behalf of AlixPartners, LLC, as trustee of the Omega Liquidating Trust (the "Trustee") in the above-referenced appeal (the "Appeal") from an order of the Bankruptcy Court. As indicated in the Mediation Status Report filed with this Court on August 3, 2006, the Trustee has settled the claims involved in the captioned appeal with the exception of the following taxing authorities' claims:

    Orange County
    Otero County
    Laramie County
    Montgomery County
    Warren County

   In anticipation of proceeding to the merits of the Appeal, the Trustee and Orange County have agreed to a proposed briefing schedule, the terms of which are set forth in the enclosed proposed Order. The Trustee provided the remaining appellees with notice of and an opportunity to oppose or amend the proposed schedule. The Trustee received indications from

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Gregory M. Sleet
August 29, 2006
Page 2

from Montgomery, Warren and Otero Counties that the parties did not intend to participate in the Appeal process. Laramie County did not object to or otherwise comment on the proposed briefing schedule.

Therefore, the Trustee respectfully requests that the Court approve the briefing schedule as set forth in the enclosed Order. The Trustee and Orange County are available at the Court's convenience to present the proposed briefing schedule and answer any questions Your Honor may have with respect to the proposed briefing schedule.

Respectfully,

Margaret B. Whiteman

mbw:y
Enclosure

cc: Michael DeBaecke, Esq. (Orange County)
    Ms. Cathy Prather (Otero County)
    Lee Viorel, Esq. (Montgomery and Warren Counties)
    Mr. Peter Froelicher (Laramie County)
    Rolf Woolner, Esq.
    Mr. Alan Dalsass