IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CABLE & WIRELESS USA, INC., et al., | : | Case No. 03-13711 (KJC) |
| | : | (Substantively Consolidated) |
| Debtors. | : | |
| | : | |
| _____ | : | |
| | : | |
| AlixPartners LLC as Trustee of the Omega Liquidating Trust, | : | |
| | : | |
| Appellant, | : | Civia Action No. 05-596 (GMS) |
| | : | |
| v. | : | |
| | : | |
| Austin CAD et al., | : | |
| | : | |
| Appellee. | : | |
| | : | |
| _____ | : | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

NOTICE IS HEREBY GIVEN that the documents listed below have been

manually filed with the Court due to their voluminous size and are maintained in paper form only

in the case file in the Clerk's Office:

1.  Joint Appendix In Support Of Appellant's Opening Brief – Volume One

2.  Joint Appendix In Support Of Appellant's Opening Brief – Volume Two

062838.1001

Dated: September 5, 2006
       Wilmington, Delaware

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Keith A. McDaniels
Todd J. Dressel
101 California Street
San Francisco, California  94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

-and-

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Sean T. Greecher (No. 4484)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Omega Liquidating Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, I caused a copy of the foregoing document to

be served upon the following parties in the manner indicated:

Michael D. DeBaecke, Esquire
Blank Rome Comisky & McCauley, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Orange County, FL)
*Hand Delivery*

Peter Froelicher
310 West 19th Street, Suite 320
Cheyenne, WY 82001
Laramie County
*First Class Mail*

Cathy Prather
Chief Deputy Treasurer
County of Otero
1000 New York Ave., Room 110
Alamogordo, NM 88310
*First Class Mail*

Lee Virorel
901 St. Louis Street, 20th Floor
Sprinfield, MO 65086
(Montgomery & Warren Counties)
*First Class Mail*

Dated: September 5, 2006
Wilmington, Delaware

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Sean T. Greecher (No. 4484)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Keith A. McDaniels
Todd J. Dressel
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel to the Omega Liquidating Trust*