

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:  (302) 425-6412
Fax:    (302) 425-6464
Email:  debaecke@blankrome.com

September 29, 2006

Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    In re: Cable & Wireless USA, Inc.
                 Omega Liquidating Trust, Appellant v. Austin CAD et al., Appellees
                 Case No. 1:05-CV-596 (GMS)

Dear Judge Sleet:

       My firm represents Earl K. Wood, Orange County, Florida Tax Collector ("Orange County") in connection with the above-referenced appeal in the Cable & Wireless bankruptcy cases. Pursuant to my discussion with chambers, please allow this letter to serve as formal notice that Orange County has settled the appeal with respect to its 2003 property tax claims.

       The settlement will be the subject of a motion to approve, to be filed promptly. Given the settlement, Orange County will not be filing an answering brief at this time. Should the settlement not receive court approval, the parties have agreed that Orange County will file a motion for leave to file an answering brief within a reasonable time, with the consent of the Trust. The undersigned remains available should your Honor have any questions.

                                                     Respectfully submitted,

                                                       Michael DeBaecke

                                                       Michael D. DeBaecke
                                                           # 3186

MDD:jep
cc:    Michael A. Paasch, Esquire
        Brian Y. Lee, Esquire
        Margaret B. Whiteman, Esquire