# LOIZIDES & ASSOCIATES

Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
*TEL: 302-654-0248*
*FAX: 302-654-0728*
www.loizides.com

Christopher D. Loizides
*Admitted in DE, PA, NJ, NY and DC*

Christopher D. Loizides
*Direct Dial:*
302-691-0575
loizides@loizides.com

January 29, 2007

**VIA ELECTRONIC FILING**

Clerk
U.S. District Court for the District of Delaware
844 No. King Street
Wilmington, DE 19801

Re:  *Cable & Wireless USA, Inc.*, Case No. 1:05-cv-00596 (GMS)

Dear Sir/Madam:

Pursuant to the direction of the Deputy Clerk, please consider this letter a request to remove our name as counsel to Debtor in the above-referenced District Court appeal.

Our office served as counsel to Bellsouth Telecommunications, Inc. in related Bankruptcy Court Case No. 03-13711 (KJC), but has never represented Cable & Wireless in this or any other matter.

Therefore, please remove our firm name from your record in this matter.

Respectfully,

Christopher D. Loizides

CDL:lah

070129141946.DOC