# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
(NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6753
DIRECT FAX: 302-576-3416
mwhiteman@ycst.com

February 7, 2007

Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  AlixPartners, LLC, as Trustee of the Omega Liquidating Trust
     v. Austin CAD et al., Civil Action No. 05-596-GMS

Dear Judge Sleet:

I am writing on behalf of AlixPartners, LLC, as trustee of the Omega Liquidating Trust (the "Trustee"), in the above-referenced appeal (the "Appeal") from an order of the Bankruptcy Court.

In accordance with the Scheduling Order, the Trustee filed its Opening Brief on September 5, 2006. Appellees' briefs were due on September 20, 2006. To date, no response briefs have been filed.

By letter dated September 29, 2006, counsel for Earl K. Wood, Orange County, Florida Tax Collector ("Orange County") provided notice to this Court of a pending settlement with the Trustee. As stated in the letter, if the Bankruptcy Court did not approve the settlement, the parties agreed that Orange County would file a motion for leave to file an answering brief with the consent of the Trustee.

Pursuant to my discussion with chambers, this letter confirms that the settlement with Orange County has been approved by the Bankruptcy Court. As a result, the briefing on this matter has been completed and only the following taxing authorities' claims remain subject to this Appeal:

DB02:5761779.1                                                                 065254.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Honorable Gregory M. Sleet
February 7, 2007
Page 2

>   Otero County
>   Laramie County
>   Montgomery County
>   Warren County

The Trustee is available at the Court's convenience to answer any questions Your Honor may have with respect to this letter or the merits of the Appeal.

Respectfully,

Margaret B. Whiteman

MBW:y

cc: Michael D. DeBaecke, Esq. (Orange County)
    Ms. Cathy Prather (Otero County)
    Lee Viorel, Esq. (Montgomery and Warren Counties)
    Mr. Peter Froelicher (Laramie County)
    Rolf Woolner, Esq.
    Edmon L. Morton, Esq.
    Mr. Alan Dalsass

DB02:5761779.1                                              065254.1001