# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

September 27, 2007

TO:     Counsel

RE:     In Re Cable & Wireless USA, Inc.
        Civil Action No. 05-596 GMS

Dear Counsel:

Please submit a jointly prepared status report regarding the above-referenced case, via electronic case filing, no later than October 11, 2007.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Chief Judge Sleet