IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CABLE & WIRELESS USA, INC., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Substantively Consolidated<br><br>Case No. 03-13711 (KJC) |
| OMEGA LIQUIDATING TRUST,<br>　　　　　　Appellant,<br>　　v.<br>AUSTIN CAD, *et al.*,<br>　　　　　　Appellees | Case No. 1:05-CV-596 GMS |

## JOINT STATUS REPORT

This joint status report is filed by the Omega Liquidating Trust, as Appellant and on behalf of the Remaining Taxing Authorities (as defined below), in response to the letter dated September 27, 2007 from the Court's case manager to counsel requesting information concerning the status of the above-referenced appeal ("Appeal").

This Appeal arises from a decision of the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"), in which Judge Peterson imposed certain limitations on evidence that could be offered and considered in determining the fair market value (for property tax purposes) of fiber optic lines and other used telecommunications equipment belonging to the Debtors.

In an effort to resolve the dispute without litigation, the parties participated in the mandatory mediation process that followed the filing of the Appeal. The Appellant was able to settle the dispute underlying the Appeal with 117 taxing authorities, but the four

remaining Appellees - Montgomery County, MO; Warren County, MO; Otero County, NM; and Laramie County, WY (collectively, the "Remaining Taxing Authorities") - do not have statutory authority to settle tax disputes. In other words, this Appeal cannot be resolved without adjudication from this Court.

The briefing on this Appeal is complete. The Appellant filed its Opening Brief on September 5, 2006. Appellees' briefs were due on September 20, 2006, but no responsive briefs were filed. On September 27, 2007, the Appellant submitted a letter of supplemental authority.

Each of the Remaining Taxing Authorities has authorized the appellant to submit this report and confirmed that briefing is complete and that the Appeal is ripe for adjudication based on the record and brief already before the Court.

| | |
|---|---|
| Date: Wilmington, Delaware<br>October 11, 2007 | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br>Eric E. Sagerman<br>Rolf S. Woolner<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br><br>WINSTON & STRAWN LLP<br>Brian Y. Lee<br>101 California Street<br>San Francisco, California 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>-and-<br><br>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Margaret B. Whiteman*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Margaret B. Whiteman (No. 4652)<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Co-Counsel for AlixPartners, LLC as Trustee of the Omega Liquidating Trust |