## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2007, I caused a copy of the foregoing document to be served upon the following parties in the manner indicated:

Michael D. DeBaecke, Esquire
Blank Rome Comisky & McCauley, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Orange County, FL)
***Hand Delivery***

Peter Froelicher
310 West 19th Street, Suite 320
Cheyenne, WY 82001
Laramie County
***First Class Mail***

Cathy Prather
Chief Deputy Treasurer
County of Otero
1000 New York Ave., Room 110
Alamogordo, NM 88310
***First Class Mail***

Lee Virorel
901 St. Louis Street, 20th Floor
Sprinfield, MO 65086
(Montgomery & Warren Counties)
***First Class Mail***

Dated: October 11, 2007
       Wilmington, Delaware

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Margaret B. Whiteman*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Sean T. Greecher (No. 4484)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Co-Counsel for AlixPartners, LLC as Trustee of the Omega Liquidating Trust*